IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.

EAGLE SPRINGS ORGANIC LLC; and
ACOMPANY LLC,

    Plaintiffs,

v.

AES CLEAN ENERGY DEVELOPMENT,
LLC,

    Defendant.
_____/

**COMPLAINT
AND
DEMAND FOR JURY TRIAL**

Plaintiffs, EAGLE SPRINGS ORGANIC LLC ("Eagle"), and ACOMPANY LLC ("ACompany"), [collectively "Eagle" and "ACompany" shall be referred to from time to time as "Plaintiffs"], by and through their undersigned attorney, sue the Defendant, AES CLEAN ENERGY DEVELOPMENT, LLC, a Delaware Limited Liability Company ("AES Clean Energy"), and allege:

**A.**     **The Partes.**

1.    At all times material hereto, Plaintiff, EAGLE SPRINGS ORGANIC LLC ("Eagle" or "Eagle Springs" or "Eagle Springs Organic"), has been a Colorado Limited Liability Company and is sui juris.

2.    At all times material hereto, the sole member of Eagle Springs has been Ken Sack, a citizen of the State of Colorado, Garfield County and is sui juris.

1

3. Plaintiff, ACOMPANY LLC ("ACompany"), is a Colorado limited liability company with its principal place of business located in Garfield County, Colorado and is sui juris.

4. At all times material hereto, the sole members of ACompany have been Aaron Carrillo and Macario Carrillo, each a citizen of the State of Colorado and are sui juris.

5. At all times material hereto, Defendant, AES CLEAN ENERGY DEVELOPMENT, LLC, has been a Delaware Limited Liability Company with its principal place of business located at 2180 S. 1300E #500, Salt Lake City, Utah 84106.

6. At all times material hereto, the sole members of AES Clean Energy have been AES Corporation, a Delaware corporation and citizen of the State of Delaware, owning a 75% membership interest, and Alberta Investment Management Corporation a/k/a AIMCo, an Alberta, Canada Corporation and citizen of the Country of Canada, owning the remaining 25% membership interest.

**B.   Jurisdiction and Venue.**

7. This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1332(a)(1), as this is a civil action arising between Plaintiffs, who are citizens of Colorado and Defendants who are citizens of the State of Delaware and the Country of Canada and the damages claimed by Plaintiffs are substantially in excess of $75,000.00, exclusive of interest and costs.

8. Pursuant to 28 U.S.C. § 1391(b)(2), venue of this action is in the District of Colorado as the acts and damages complained of herein by the Plaintiffs have taken place in Garfield County, Colorado.

9. This Court also has personal jurisdiction over Defendant because at all times material hereto, Defendant performed, contracted and engaged in business and continues to do business in the State of Colorado by operating through a subsidiary office located at 1120 Pearl

Street, #200, Boulder, Colorado and doing business in Garfield County, Colorado, by performing and supervising construction of a solar energy project on the real property belonging to Eagle Springs located in Garfield County, Colorado.

**C.     GENERAL ALLEGATIONS**

10.     AES Corporation, owner of a seventy-five percent (75%) membership interest in AES Clean Energy, is one of the world's largest providers of solar energy and operates in various states of the United States and various countries in the world through subsidiary entities, including AES Clean Energy, AES Eagle Springs Organic Solar, LLC, a Delaware Limited Liability Company ("AES Eagle Springs"), and AES Mamm Creek Solar, LLC, a Delaware Limited Liability Company registered to do business in Colorado ("AES Mamm Creek").

11.     At all times material hereto, Eagle Springs Organic has been the owner of approximately 1,400 acres located in Garfield County, Colorado, which real property had been approved for agricultural land use and, starting in 2009, Eagle Springs has continuously used the property, year after year, for agricultural purposes.

12.     As an agricultural product provider, Eagle Springs must rely upon its water sources and steadfast irrigation, a forward facing fact that is obvious to all, and was orally, physically, and in writing informed to the Defendant even prior to the Defendant and Eagle Springs entering into a land lease and easement agreement for the subject solar project.

13.     At all times material hereto AES Clean Energy knew and accepted the facts that it was involving itself with agriculture land on a farm that was year after year producing agricultural products as its core business and means of survival as well as knew that Eagle's water and irrigation was the life line to the harvest of its production and the key to helping maintain the health and welfare of its farm land.

3

14. Prior to March 2023, AES Clean Energy, through its employee/project manager, Joshua Mayer, and other representatives, began negotiating with Eagle Springs Organic to construct a large-scale solar panel project on a portion of Eagle Springs Organic's agricultural real property located in Garfield County ("the Project" or the Solar "Project)."

15. At the time that AES Clean Energy was doing its physical due diligence on Eagle's land for "the Project", AES and its representatives were able to see, first hand, the irrigation risers which stood above ground in the area of the farm that AES Clean Energy was interested in occupying and knew or should have known that these risers were connected to a subterranean irrigation system servicing the parts of the farm at issue herein.

16. It was not until about March 2, 2023, that AES Corporation created AES Eagle Springs as a Delaware Limited Liability Company, to undertake the Governmental permitting of the Solar Project.

17. On March 7, 2023, Plaintiff, Eagle Springs Organic gave additional notice of its irrigation system in the proposed area, by email to Joshua Mayer, a project development manager for AES Corporation, and an employee of AES Clean Energy, that the land, upon which the proposed solar project was to be constructed, contained a Subsurface Water Piping System.  That this irrigation system was used to provide water to the expensive, water dependent, agricultural products being planted and grown on a portion of Eagle Springs' land.  This farming land was immediately adjacent to the leased land dedicated for the construction of the proposed Solar Project. The March 7, 2023 Notice included a 2019 hand drawn map of the approximate location of the Subsurface Water Piping System, as well as this map showing the water risers which were/are visible to the naked eye from standing in the field and announcing their presence and purpose.  *See* Exhibit "A" attached hereto.

4

18. On March 10, 2023, Joshua Mayer on behalf of AES Corporation and its affiliates, responded by email stating in applicable part:

**Ken, In taking a closer look at this map and seeing that a "Hard Pipe" (presumably buried) traverses parts of our target footprint area, would your team have geolocates on this precise location and data on its depth etc.? I do not think it will create any issues, but we will want to be sure to know where it is so as to avoid siting equipment or performing any work that could impact it unknowingly otherwise.** [Emphasis added.]

16. In response, on March 10, 2023, Ken Sack, on behalf of Eagle Springs, responded to Joshua Mayer by email:

**[M]y ranch manager drew those pipes lines in, not necessarily accurate, because he just connected lines from the riser valves. He said pipes (our irrigation lines are from 2-4 Ft he believes.** [Emphasis added.]

17. To which that same day, Joshua Mayer replied to Ken Sack:

**Ok. It is not urgent, but if he has any documentation of their precise location that could be shared that will be helpful to understand. If it is not flagged in the field then we may want to do so at some point. We would be driving piles and trenching deeper than 2-4', so we will want the location to avoid any surprises down the road in construction and will be able to best prepare for this by accommodating for it in our next design set.** [Emphasis added.]

A copy of the March 10, 2023, email exchange is attached hereto as Exhibit "B."

18. At all times material hereto, neither the Defendant, nor its employees, agents and representatives:

  a. Took a recognizable closer look at the map provided in March 2023, in order to determine a more precise location of the water piping and plumbing that Eagle Springs and the Plaintiffs needed in order to operate their agricultural business and projects;

5

b. Locate the precise underground plumbing and piping and flag or mark the same so that their construction efforts would not interfere with each of the Plaintiff's business(es), or damage the agricultural biomass and this cultivation's life sustaining water lines;

c. Actually follow up <u>on their own idea</u> about geolocating the water lines and/or risers, "so as to avoid siting equipment or performing any work that could impact it unknowingly otherwise."

d. Walk the water lines with or engage in actions with Eagle Springs to help obtain a better understanding of the criticality of the water situation, the lines run, the plumbing's exact locations, testing, and the exact water consumption and water pressure needs; and,

e. Knowing that the water was critical to Eagle Springs and the Plaintiffs' Joint Venture and that the Defendant would be operating on a working agricultural farm, take reasonable precautions to safeguard the irrigation and implement a backup or crisis management plan, complete with parts and configurations in the event the Defendant or Defendant's contractors or subcontractors caused a break or disruption in this life sustaining Subsurface Water Pipeline System.

19. On or about April 6, 2023, AES Eagle Springs, as agent for Defendant, in conjunction with Eagle Springs Organic, submitted an application to Garfield County, Colorado, for a land use change of up to 95 acres for the "development, construction, and long-term operation of a solar energy and battery storage power project to be located in Silt ("the Project") … to be located off Mamm Creek Road, Silt, Colorado on parcels 217917300732, 217917200710 and 21791800691 owned by Eagle Springs Organic LLC." "The Project is expected to produce 31,700

6

MWh ["Megawatt Hours"] annually and will support Holy Cross Energy's efforts to source 100% of their power supply from renewable energy sources by 2030." The April 6, 2023, land use change application specifically stated, "<u>AES Eagle Springs Organic is a late-stage development project with site control, land diligence surveys, and a signed Power Purchase Agreement with [Holly Cross Energy] in Hand. AES expects to conclude contracting, engineering, and ministerial permitting in Summer 2023 with construction starting as soon as October 16, 2023.</u>"

20. Plaintiffs, relying in part on the above-mentioned representations made by Defendant's agent's AES Eagle Springs' in its governmental permitting application reasonably believed that no further actions were needed on their part as to the irrigation sourcing and location.

21. Plaintiffs further relied on the oral representations, in part, made by Defendant's agent's AES Eagle Springs and Defendant's employees that they have taken all necessary and needed precautions to ensure Plaintiffs business will be safe and secure and that they were prepared for any contingencies.

22. As a result, on September 5, 2023, in anticipation of the land use permit for the Solar Project being granted, AES Mamm Creek Solar, LLC a Delaware Limited Liability Company ("AES Mamm Creek"), registered to do business as a Foreign Limited Liability Company in the State of Colorado.

23. On November 30, 2023, ACompany was formed as a Colorado Limited Liability Company, for the purpose of (1) obtaining authorization from the appropriate Colorado government agencies to plant, grow, harvest and sell industrial hemp with the production of THCA, on a portion of Eagle Springs' real property, which property was immediately adjacent to where the staging, construction, installation and operation of the Solar Project was to occur, and,

7

upon obtaining the necessary industrial hemp grow permits, (2) entering into a Joint Venture with Eagle Springs concerning the proposed biomass grow and business venture.

24. On or about December 4, 2023, Garfield County issued the permit for the construction of the Solar Project.

25. On December 7, 2023, ACompany applied for and subsequently obtained a permit to grow this hemp on 97 acres of real property owned by Eagle Springs through June 30, 2025, as well as within a two-acre greenhouse on the Eagle Springs property. *See* Exhibit "C" attached hereto.

26. In or about December 2023, in conjunction with ACompany applying for the hemp grow permit, Eagle Springs and ACompany entered into a Joint Venture for a proposed THCA hemp cultivation and harvest on the Eagle Springs property. This crop and the resulting production from this crop were always made known to the Defendant and their agents and representatives, even before a lease was signed with the Defendant's subsidiary. Furthermore, the planting of hundreds of acres immediately adjacent to the Defendants solar project was open and visible.

27. On or about December 14, 2023, Eagle Springs Organic and AES Mamm Creek entered into a lease for approximately 62.33 +/- acres of the 94.85 +/- permitted acres on which the Solar Project would be constructed, an Access and Utility Easement for the remaining 23.50 +/- acres, and a Temporary Construction and Staging Easement on an adjacent portion of Eagle Springs property. A Memorandum of Lease, the Access and Utility Easement Agreement and the Construction and Staging Agreement were recorded in the Public Records of Garfield County on January 23, 2024.

28. At all times on and/or after December 14, 2023, AES Mamm Creek and McKinstry Co., LLC, a State of Washington Limited Liability Company ("McKinstry"), were acting as agents of AES Mamm Creek in the construction of the Solar Project.

29. <u>Immediately thereafter, AES Clean Energy</u>, which actually controlled the permitted Solar Project, through its agents, AES Mamm Creek and McKinstry, commenced construction of the Solar Project knowing, since on or around March 2023, the Plaintiffs relied upon access and continued need to the pre-existing Subsurface Water Piping System and the pressurized water it brought.

30. At all times on and after March 7, 2023, AES Clean Energy directly knew or should have known, at the very least through Joshua Mayer, AES Eagle Springs and/or AES Mamm Creek, that it should have geolocated the location and the depth of Eagle Springs "Subsurface Water Piping System, which had been pre-existing within the Project area for the intended purpose of providing irrigation through the subsurface of the Project area to the adjoining agricultural land owned and being openly operated by Eagle Springs in order to avoid damaging the flow of water through Eagle Springs' Subsurface Water Piping System.

31. On or prior to May 2024, Eagle Springs, as the agricultural landowner, and ACompany as the approved permitted licensee, finally agreed upon a Joint Venture for this hemp grow.

32. On or about May 1, 2024, Eagle Springs commenced growing trayed clones or also known as seedlings with the expectation that they would be planted in late June 2024 in an area of Eagle Springs' property, which was irrigated by the Subsurface Water Piping System providing water to the large scale pivot.

33. On or about May 20, 2024, Eagle Springs purchased $135,000.00 of assorted hemp auto flower seeds with the expectation that the seeds would be planted in late June 2024.

34. From June 25, 2024, through June 28, 2024, the Joint Venture planted approximately 800,000 hemp seeds and commenced watering the seeds using the Subsurface Water Piping System running to a pivot dispersing water in a 360° circle onto the seed beds located on the Eagle Springs' property adjacent to the Solar Project.

35. By late June, the Joint Venture had also separately grown approximately 60,000 specialty hemp plant clones which were pre-cultivated in trays with the intention to get them into the ground soil under pivot within June 2024 before they stretched and/or were in need of ground nutrients. By late June 2024, the Joint Venture's trayed plants had grown to the point that they needed to be planted in the earth to allow the roots of the plants to flourish ("the Seedlings"), so as to minimize any stretching which would damage, if not destroy, the young plant. By that time, the Joint Venture's Seedlings were valued well in excess of One Million Dollars ($1,000,000.00). The Joint Venture planned to plant the Seedling in the ground on July 1, 2024 so as to properly time the harvest with Mother Nature's change in seasons.

36. Unfortunately, on or about June 30, 2024, Defendant and its agents, in the process of constructing the Solar System, including driving pilings (poles upon which Solar Panels would later be mounted) and trenching into the subsurface area of the Solar Project, AES Clean Energy and its agents, AES Mamm Creek and McKinstry, materially damaged the Subsurface Water Piping System in several locations, thereby cutting off the water flow serving the pivot in agricultural grow area of Eagle Springs and substantially damaging the Plaintiffs' Joint Venture.

37. **On July 1, 2024**, at approximately 9:24 AM, MDT, Ken Sack, on behalf of the Plaintiff's Joint Venture, commenced an electronic synchronous group chat with the Joshua

Mayer, Robert Warren and Jason Metzger, all representatives of AES Clean Energy and its agents, AES Mamm Creek and McKinstry, informing them that the Joint Venture had planned to plant 80,000 Seedlings in the ground, but was unable to plant the same because of the inoperable Subsurface Water Piping System damaged by Defendant and its agents. The latter were already aware of the damage to the Subsurface Water Piping System. It took the Defendant and its agents until the afternoon of **July 8, 2024**, to repair the Subsurface Water Piping System and that afternoon, the Defendant notified Ken Sack that he could use the Subsurface Water Piping System "**on July 9, 2024, not before noon**" to allow the repairs to dry-in.  A record of the July 1 through July 8, 2024, Chats are attached hereto as Exhibit "D."

38. By July 9, 2024, the approximately 800,000 seeds, which had been planted on or about June 25-28, 2024, had not been watered for 9 days.  The temperatures in the area had exceeded 100 degrees Fahrenheit.

39. Relying upon the Defendant's representations and assertions that the Subsurface Water Piping System line breaks had been repaired and irrigation would again flow smoothly on and after Noon, July 9, 2024, Plaintiffs planted approximately another 63,000 Seedlings, more commonly referred to as clones, between July 9-10, 2024.

40. Watering of the seeds and planted clones occurred 24 hours/day through a 360° rotating irrigation pivot from the afternoon of July 9 through July 11, 2024; however, again, a large break in a portion of the Subsurface Water Piping System, which Defendant and its agents claimed to have repaired on July 8, 2024, occurred sometime after midnight July 12, 2024.

41. On July 12, 2024, at 8:53 AM MDT, Ken Sack, copying Macario Carrillo, on behalf of the Plaintiffs, messaged Defendant by notifying Joshua Mayer, Robert Warren and Jason Metzger of the leak. Richard Watkins, Plaintiffs' foreman, on behalf of the Plaintiffs messaged

11

that the break had occurred sometime after midnight.  Plans were made for Defendant to repair the second leak.  A record of the July 12, 2024, e-messages is attached hereto as Exhibit "E."

42. Within a day thereafter, Defendant and its agents repaired the July 12, 2024, line break and, again, water flowed through the Subsurface Water Piping System to the Joint Venture's irrigation pivot, although taking approximately another two days before watering of the full area occurred.

43. After the second break was repaired, on behalf of the Plaintiffs, Ken Sack and Macario Carrillo, each having many years of experience planting and cultivating hemp seeds and Seedlings, walked the land area upon which the specialty hemp seeds and the Seedlings were planted and ascertained that the seeds germinated then perished, and the separate Seedlings could not be rehabilitated, thus dying as a result of the cracked, dried out earth caused by the lack of water during the nine (9) days the Subsurface Water Piping System has been unusable as a direct result of negligence of the Defendant and its agents, AES Mamm Creek and McKinstry.

44. On July 23, 2024, Ken Sack, on behalf of the Plaintiffs, e-messaged Joshua Mayer stating that the Plaintiffs had already walked the field and confirmed the crop had not survived and was a total loss; to which Joshua Mayer replied: "Ken, I have just left for vacation until Thursday, August 1st. I will speak with you upon my return. Regards, Joshua."

## COUNT I-NEGLIGENCE

45. Plaintiffs reallege paragraphs 1 through 44 above and incorporate them herein by reference as if fully set out verbatim.

46. At all times material hereto, for more than two years, the Defendant was on notice that the Plaintiff, Eagle Springs, had provided it with drawings of the location of the Subsurface Water Piping System which were approximately accurate, but not precise.

47. At all times material hereto the Defendant knew or should have known of the subterranean irrigation system as it was open and obvious through the risers popping through the ground and obviously connected to the water source.

48. Despite knowing this, the Defendant failed or negligently refused to take reasonable precautionary measures to accurately ascertain the exact location and depth of Eagle Springs Organic's Subsurface Water Piping System.

49. At all times material hereto, the Defendant knew that its agents would be driving pilings and trenching deep into the area of the Subsurface Water Piping System containing said water veins and irrigation lines running to the Eagle Springs' agricultural property where the Joint Venture's hemp grow was to occur.

50. At all times material hereto, the Defendant represented to Eagle Springs that "we will want the location to avoid any surprises down the road in construction and will be able to best prepare for this by accommodating for it in our next design set."

51. At all times material hereto, the Defendant failed to undertake proper measures to avoid "surprises," nor appropriate and reasonable measures to prepare for and accommodate any "surprises" down the road, and, as a direct result, the surprises came, and the Defendant and its agents were completely unprepared to deal with the damage caused by Defendant and its agents to the Subsurface Water Piping System and, thus, were unable to reasonably and speedily mitigate Plaintiff's damages.

52. At all times material hereto, the Defendant negligently supervised its agents' and their respective contractors' and subcontractors' construction within the area of the Subsurface Water Piping System thereby resulting in the breakage of the subsurface water piping under the

control of Defendant and its agents and proximately causing the inability of Plaintiffs to water their approximately one hundred (100) acre agricultural field for more than nine (9) consecutive days.

53. As a result of the negligence of the Defendant and its agents, as described hereinabove, Plaintiffs hemp crop, seeds and seedlings, was entirely destroyed; all of the work, labor and costs that went into the Joint Venture's project was stripped away, and the dreams, aspirations, blood and sweat poured into the project by Plaintiffs was all for naught, while the Defendant simply considered Plaintiffs' damages a nuisance to be given little regard.

54. Plaintiffs have given timely notice of their claim to Defendant; however, Defendant has chosen to simply engage in delay tactics.

55. As a result, of the above-described negligence of Defendant, the Plaintiffs have been damaged in a sum exceeding Two Hundred Million Dollars ($200,000,000.00).

WHEREFORE Plaintiffs, EAGLE SPRINGS ORGANIC LLC and ACOMPANY LLC, demand damages in excess of Two Hundred Million Dollars ($200,000,000.00) plus costs of this action against the Defendant, AES CLEAN ENERGY DEVEOPMENT, LLC, a Delaware Limited Liability Company, and for any and all other relief deemed just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b), Fed. R. Civ. P., Plaintiffs demand a trial by jury of all issues triable as of right by a jury.

Dated: October 7, 2024.

/S/ **Craig A. Brand, Esq.**

**Craig A. Brand, Esq.**
Florida Bar No. 896111
The Brand Law Firm, P.A.
6462 S. Jamaica Circle
Englewood, Colorado 80111
Telephone: (305) 878-1477
E-mail: Craig@thebrandlawfirm.com
Attorney for Plaintiffs