IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02770-DDD-KAS

EAGLE SPRINGS ORGANIC LLC, and
ACOMPANY LLC,

    Plaintiffs,

v.

AES CLEAN ENERGY DEVELOPMENT, LLC,

    Defendant and Third-Party Plaintiff,

v.

MCKINSTRY ESSENTION, LLC, and
METCALF EXCAVATION, INC.,

    Third-Party Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiffs' **Verified Motion to Compel Production and For Order to Show Cause Why a Contempt and Sanctions Should Not Be Entered Against Non-Party, AES Mamm Creek Solar, LLC, For Failure to Respond to Subpoena Duces Tecum for Records Only, Including Certificate of Conferral** (the "Motion") [#42].

    IT IS HEREBY **ORDERED** that a Motion Hearing is scheduled for **November 12, 2025**, at **2:00 p.m.** in Courtroom A-501, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

    IT IS FURTHER **ORDERED** that any Response(s) to the Motion is due in the normal course of briefing pursuant to D.C.COLO.LCivR 7.1(d). No reply briefs are permitted.

    IT IS FURTHER **ORDERED** that Plaintiffs shall serve a copy of this Minute Order on AES Mamm Creek Solar, LLC's Registered Agent within three business days of the date of this Order.

    Dated: October 21, 2025