IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 23-cv-02770-DDD-KAS | Date: November 12, 2025 |
| <u>Courtroom Deputy: Laura Galera</u> | FTR – Courtroom A501 |

*Parties:*  *Counsel:*

EAGLE SPRINGS ORGANIC LLC, ET AL.,   Craig Brand (by vtc)

   Plaintiffs,

v.

AES CLEAN ENERGY DEVELOPMENT LLC,   David Taylor
   D. Bryan Thomas
   Defendant.   Gabe Gonzales
   Laura Brunasso

## COURTROOM MINUTES

**MOTION HEARING**
**Court in session: 2:04 a.m.**
Court calls case.  Appearances of counsel.

Court addresses counsel regarding conferral as to Plaintiff's Verified Motion to Compel Production And For Order to Show Cause Why A Contempt and Sanctions Should Not Be Entered Against Non-Party, AES Mamm Creek Solar, LLC For Failure To Respond To Subpoena Duces Tecum For Records Only, Including Certificate Of Conferral [#42].

**ORDERED:**   Plaintiff's Verified Motion to Compel Production And For Order to Show Cause Why A Contempt and Sanctions Should Not Be Entered Against Non-Party, AES Mamm Creek Solar, LLC For Failure To Respond To Subpoena Duces Tecum For Records Only, Including Certificate Of Conferral [#42] is DENIED.

**ORDERED:**   The subpoena at [#42-1] is QUASHED.

Counsel shall confer further about the scope and materials sought in the subpoena.

Hearing concluded.
**Court in recess:   2:35 p.m.**
Total time in court:    00:31

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.